RANDY GROSSMAN
United States Attorney
GEORGE V. MANAHAN
Assistant U.S. Attorney
California Bar No. 239130
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7607
Fax: (619) 546-7751
Email: George.Manahan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C.C., a minor, by and through his Guardians Ad Litem, LINDSAY CALIHAN, and CHRISTOPHER CALIHAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | Case No.: 3:20-cv-01489-JM-KSC<br><br>NOTICE OF SETTLEMENT |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

This Notice of Settlement is filed to notify the Court that Plaintiff L.C.C, a minor, by and through his Guardians Ad Litem, Lindsay Calihan and Christopher Calihan ("Plaintiff"), and Defendants United States of America ("United States") and Scripps Health dba Scripps Mercy Hospital San Diego erroneously sued as Scripps Mercy Hospital ("Scripps"), through their respective attorneys, have reached a tentative settlement in the above-captioned case. Therefore, the parties request that all future calendared dates be vacated or continued. Furthermore, the parties request a telephonic settlement conference be set in approximately three months to give the parties time to finalize executing settlement agreements and allow the United States time to make a settlement payment.

(Note, because this case is brought against the United States pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), any settlement payment will not come from the United States Judgement Fund, but from a separate fund controlled by the U.S. Department of Health and Human Services. Experience demonstrates that such payments take longer than Judgment Fund payments.) The parties will file a joint motion to dismiss this case after the terms and conditions of the settlement are completed.

DATED: January 5, 2022            Respectfully submitted,[1]

s/ Brian Keith Findley
Brian Keith Findley
Email: brian@findleyinjurylaw.com
Attorney for Plaintiff

s/ Katie Kay Schuler
Katie Kay Schuler
Email: kschuler@ldrlaw.com
Attorney for Scripps

RANDY GROSSMAN
United States Attorney

s/ George V. Manahan
GEORGE V. MANAHAN
Assistant United States Attorney
Email: george.manahan@usdoj.gov
Attorneys for the United States

---

[1] The filer certifies that authorization has been obtained to place the electronic signatures of all parties whose electronic signatures appear on this document signifying the content of this document is acceptable to all such persons.