# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C.C., et al.,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | Case No.: 20cv1489-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [Doc. No. 46.]** |

Before the Court is the parties' Joint Motion for Dismissal with Prejudice. [Doc. No. 46.] Good cause appearing, the Court GRANTS the parties' Joint Motion and orders the case DISMISSED WITH PREJUDICE.

Dated: January 18, 2023

Hon. Karen S. Crawford
United States Magistrate Judge